In the Matter of the Claim of CLARA C. SHULTS et al., Respondents, against COLONIAL FLYING SERVICE, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 4, 1933; decided October 24, 1933.)

*Wallace H. Miller* for appellants.

*Carleton J. Townsend* for claimants-respondents.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.